# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Patricia I. Romero, Inc. dba Pacific West ) ASBCA No. 61601
  Builders )
)
Under Contract No. N62473-14-D-0038 )

APPEARANCE FOR THE APPELLANT: David A. Rose, Esq.
Rose Consulting LLC
Valdosta, GA

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Brian S. Smith, Esq.
Trial Attorney

## ORDER OF DISMISSAL

Pursuant to the joint request of the parties, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: June 17, 2019

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61601, Appeal of Patricia I. Romero, Inc. dba Pacific West Builders, rendered in conformance with the Board's Charter.

Dated:

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals